UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION


DONNA C. CARROLL,                    )
                                     )
           Plaintiff,                )
                                     )
                                     )          **JUDGMENT**
v.                                   )          No. 7:14-cv-173-RJ
                                     )
                                     )
CAROLYN W. COLVIN, Acting            )
Commissioner of Social Security,     )
                                     )
           Defendant.                )


**Decision by Court.**

This action came before the Honorable Robert B. Jones, Jr., United States Magistrate Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Judgment on the Pleadings [DE-26] is DENIED, Defendant's Motion for Judgment on the Pleadings [DE-30] is ALLOWED, and Defendant's final decision is affirmed.

This Judgment Filed and Entered on September 30, 2015 with service on:
Charlotte Williams Hall (via Notice of Electronic Filing)
Lisa M. Rayo (via Notice of Electronic Filing)



                                          JULIE RICHARDS JOHNSTON, CLERK
DATE                                      /s/ Jacqueline B. Grady
September 30, 2015                         Jacqueline B. Grady, Deputy Clerk